UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Steve Swisher,<br>*individually and on behalf of all*<br>*similarly situated individuals,*<br><br>Scott H. Finger,<br>*individually and on behalf of all*<br>*similarly situated individuals,*<br><br>            Plaintiffs,<br><br>v.<br><br>MetLife Home Loans and<br>MetLife Bank, N.A.,<br><br>            Defendants. | Civil No. 12-CV-133 (MJD/TNL)<br><br><br><br>**ORDER** |

Charles G. Frohman and Michele R. Fisher, Nichols Kaster, PLLP, 80 S 8th Street, Suite 4600, Minneapolis, MN 55402-2242 (for plaintiffs).

Christopher K. Ramsey, Morgan Lewis & Bockius LLP, 1 Oxford Centre, 32nd Floor, 301 Grant Street, Pittsburgh, PA 15219-6401 and Peter D. Gray and Joseph G. Schmitt, Nilan Johnson Lewis PA, 120 S 6th Street, Suite 400, Minneapolis, MN 55402 (for defendants).

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated May 11, 2012 (Docket No.60), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss, Stay or Transfer (Docket No. 21) is **GRANTED IN PART** and **DENIED IN PART**; and

2. This matter is TRANSFERRED to the United States District Court, Central District of California, Southern Division.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: <u>June 4, 2012</u>              s/Michael J. Davis
                                       The Honorable Michael J. Davis
                                       United States District Court Judge
                                       for the District of Minnesota